UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
3:06cr389

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | **FINAL ORDER AND** |
| v. | ) | **JUDGMENT OF FORFEITURE** |
| | ) | |
| BENNY KAY CROCKETT | ) | |

On August 10, 2007, this Court entered a preliminary order of forfeiture pursuant to 18 U.S.C.§ 922(g), 18 U.S.C.§ 924(d), 21 U.S.C. § 853 and Fed. R. Crim. P. 32(d)(2), based upon the defendant's conviction on Count One in the Bill of Indictment. On August 16, 2008, the United States posted notice of criminal forfeiture on an official government internet site (www.forfeiture.gov) for at least 30 consecutive days giving notice of this forfeiture and of the intent of the government to dispose of the forfeited property in accordance with the law, and further notifying all third parties of their right to petition the Court within thirty days for a hearing to adjudicate the validity of any alleged legal interest in the property. It appears from the record that no such petitions have been filed.

Based on the record in this case, including the defendant's plea of guilty, the Court finds, in accordance with Fed. R. Crim. P. 32.2(c)(2) and (e)(1)(B), that the defendant had an interest in the property listed below that is forfeitable under 18 U.S.C. § 924(d). The preliminary order of forfeiture has therefore become final as to this property, and it is subject to forfeiture pursuant to Rule 32.2(c)(2) and Rule 32.2(e)(1)(B).

It is therefore ORDERED, ADJUDGED AND DECREED that all right, title, and interest in the following property is hereby forfeited to the United States for disposition according to law:

**a Bersa, Thunder 380, 380 ACP caliber pistol, serial number 711591.**

Signed: October 20, 2008

Robert J. Conrad, Jr.
Chief United States District Judge